[Nos. 65111-1-I; 65112-9-I.   Division One.   April 25, 2011.]

A.G. ET AL., *Respondents*, v. CORPORATION OF THE CATHOLIC ARCHBISHOP OF SEATTLE, *Appellant*.

J.B. ET AL., *Respondents*, v. CORPORATION OF THE CATHOLIC ARCHBISHOP OF SEATTLE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 08-2-02340-1, Paris K. Kallas, J., entered March 10, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Schindler, J. Now published at 162 Wn. App. 16.

[No. 65215-0-I.   Division One.   April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES O. WIGGIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-01398-0, Gerald L. Knight, J., entered March 22, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Dwyer, C.J., and Becker, J.

[No. 65253-2-I.   Division One.   April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY HERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07279-1, Carol A. Schapira, J., entered April 12, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 65744-5-I.   Division One.   April 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CRANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-02351-4, Douglass A. North, J., entered July 9, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.